# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : | Case No. 18-12491 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| PROMISE HEALTHCARE, INC., BOSSIER LAND ACQUISITION CORP., PROMISE HEALTHCARE OF LOUISIANA, INC., AND PROMISE PROPETIES OF SHREVEPORT, LLC | : | Adv. Proc. No. 19-50776 (CSS) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KPC PROMISE HEALTHCARE, LLC and STRATEGIC GLOBAL MANAGEMENT, INC., | : | |
| | : | |
| Defendants. | : | |

---

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 24, 2020 AT 11:00 A.M. (ET)[2]

**\*\*AT THE DIRECTION OF THE COURT THIS HEARING HAS BEEN RESCHEDULED FOR APRIL 28, 2020 AT 2:00 P.M. \*\***

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

**CONTINUED MATTERS:**

1. Promise Healthcare, Inc. *et al.* vs. KPC Promise Healthcare, LLC *et al.* [Adversary Proceeding No. 19-50776-CSS] (Pretrial Conference).

    **Response Deadline:** Extended to January 6, 2020 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Complaint to Recover Damages for Tortious Interference With Contractual Relations [D.I. 1; Filed 11/8/19].

    B. Answer and Affirmative Defenses to Complaint and Counterclaim [D.I. 9; Filed 1/6/20].

    **Status:** The pretrial conference will be continued to the April 28, 2020, 2:00 p.m. ET hearing.

2. Motion of Amparo Figueroa (I) for a Determination that the Automatic Stay Does Not Apply and/or (II) for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and (III) for Authority to File an Unliquidated Administrative Expense Claim After the Administrative Claims Bar Date Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 1769; Filed 3/10/20].

    **Response Deadline:** March 17, 2020 at 4:00 p.m. (ET), extended to March 24, 2020 at 4:00 p.m. (ET) for the Debtors.

    **Related Documents:** None.

    **Status:** This matter has been re-scheduled to the hearing date on April 28, 2020 at 2:00 p.m. ET, at the direction of the Court.

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL (CNO/COC):**

3. Motion for Relief from Automatic Stay (filed by Law Offices of Gia Kosmitis, counsel for Plaintiffs/Petitioners, Ben Phillips, on behalf of his mother, Everlean Phillips) [D.I. 1706; Filed 1/29/20].

    **Response Deadline:** February 21, 2020 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Certification of Counsel regarding Order Allowing Relief From Automatic Stay [D.I. No. 1748; Filed 2/27/20].

    B. Order Granting Relief From Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Phillips] [D.I. 1749; Filed 2/27/20].

**Status:** An order has been entered for this matter, therefore, no hearing is necessary.

4. Debtors' Sixth Motion for Entry of an Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1745; Filed 2/25/20].

    **Response Deadline:** March 13, 2020 at 4:00 p.m. (ET).

    **Related Documents:**

    A. Certificate of No Objection Regarding Debtors' Sixth Motion for Entry of an Order Further Extending the Exclusive Periods Pursuant to Section 1121(d) of the Bankruptcy Code [D.I. 1786; Filed 3/19/20].

    **Status:** A certificate of no objection has been filed for this matter, therefore, no hearing is necessary.

| | |
|---|---|
| Dated: March 20, 2020<br>Wilmington, Delaware | DLA PIPER LLP (US)<br><br>/s/ *Stuart M. Brown*<br>Stuart M. Brown (#4050)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br>　　　　matthew.sarna@us.dlapiper.com<br><br>-and-<br><br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>John Tishler (admitted *pro hac vice*)<br>Katie G. Stenberg (admitted *pro hac vice*)<br>Blake D. Roth (admitted *pro hac vice*)<br>Tyler N. Layne (admitted *pro hac vice*)<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>Email: John.Tishler@wallerlaw.com<br>　　　　Katie.Stenberg@wallerlaw.com<br>　　　　Blake.Roth@wallerlaw.com<br>　　　　Tyler.Layne@wallerlaw.com<br><br>*Attorneys for the Debtors and*<br>*Debtors in Possession* |