# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*, | Case No. 18-12491 (CSS) |
| Debtors.[1] | (Jointly Administered) |
| PROMISE HEALTHCARE, INC., BOSSIER LAND ACQUISITION CORP., PROMISE HEALTHCARE OF LOUISIANA, INC., AND PROMISE PROPERTIES OF SHREVEPORT, LLC, | Adv. Proc. No. 19-50776 (CSS) |
| Plaintiffs, | |
| v. | |
| KPC PROMISE HEALTHCARE, LLC and STRATEGIC GLOBAL MANAGEMENT, INC., | |
| Defendants. | |

## NOTICE OF SERVICE

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is 999 Yamato Road, 3rd FL, Boca Raton, FL 33431.

PLEASE TAKE NOTICE that on June 29, 2020, the undersigned counsel to the Defendants caused copies of the following:

1) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in the Bankruptcy Case (or Adversary Proceeding) to Deutsche Bank Trust Corporation c/o C T Corporation System;

2) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in the Bankruptcy Case (or Adversary Proceeding) to Wells Fargo & Company, c/o Corporation Service Company; and

3) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in the Bankruptcy Case (or Adversary Proceeding) to Houlihan Lokey Capital, Inc., c/o Corporation Service Company d/b/a CSC – Lawyers Incorporating Service,

to be served via email on the following individuals:

| | |
|---|---|
| Stuart M. Brown (#4050) | John Tishler (admitted *pro hac vice*) |
| Matthew S. Sarna (#6578) | Katie G. Stenberg (admitted *pro hac vice*) |
| 1201 N. Market Street | Blake D. Roth (admitted *pro hac vice*) |
| Suite 2100 | Tyler N. Layne (admitted *pro hac vice*) |
| Wilmington, DE 19801 | 511 Union Street, Suite 2700 |
| Telephone: (302) 468-5700 | Nashville, TN 37219 |
| Facsimile: (302) 394-2341 | Telephone: (615) 244-6380 |
| Email: Stuart.Brown@dlapiper.com | Facsimile: (615) 244-6804 |
|       Matthew.Sarna@dlapiper.com | Email: John.Tishler@wallerlaw.com |
| |       Katie.Stenberg@wallerlaw.com |
| |       Blake.Roth@wallerlaw.com |
| |       Tyler.Lane@wallerlaw.com |

Dated: July 8, 2020
       Wilmington, Delaware

**BARNES & THORNBURG, LLP**

/s/ *Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (No. 4102)
Kevin G. Collins (No. 5149)
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-3456
Email: thanson@btlaw.com
      kcollins@btlaw.com

-and-

3

**BUCHALTER, A Professional Corporation**
Mary H. Rose (admitted *pro hac vice*)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email:  mrose@buchalter.com

*Attorneys for Defendants KPC Promise Healthcare, LLC and Strategic Global Management, Inc.*