**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | : | Case No. 18-12491 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| PROMISE HEALTHCARE, INC., BOSSIER LAND ACQUISITION CORP., PROMISE HEALTHCARE OF LOUISIANA, INC., AND PROMISE PROPERTIES OF SHREVEPORT, LLC | : : : : | Adv. Proc. No. 19-50776 (CSS) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| KPC PROMISE HEALTHCARE, LLC and STRATEGIC GLOBAL MANAGEMENT, INC., | : : | |
| | : | |
| Defendants. | : | |

---

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
***TELEPHONIC* HEARING ON NOVEMBER 18, 2020 AT 1:00 P.M. (ET)[2]**

---

**\*\*AS NO MATTERS ARE GOING FORWARD THIS HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT\*\***

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

[2] Any party participating telephonically must make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946)

**CONTINUED MATTERS:**

1.  Debtors' Motion Pursuant to Section 365 for Entry of an Order Assuming Certain Executory Contracts and Granting Related Relief [D.I. 2097; Filed 9/30/20].

    **Response Deadline:** October 14, 2020 at 4:00 p.m. (ET).

    **Related Documents:** None.

    **Responses Received**:

    A.  Oracle's Limited Objection and Reservation of Rights to Motion to Assume Certain Executory Contracts [D.I. 2190; Filed 11/11/20].

    **Status:**  The parties have agreed to adjourn this matter to the next omnibus hearing on December 17, 2020.

**ADVERSARY CASE**

Promise Healthcare, Inc. *et al.* vs. KPC Promise Healthcare, LLC *et al.* [Adversary Proceeding No. 19-50776-CSS].

2.  Defendants' Motion to Compel Production of Documents from Non-Parties Mark Tress, Hancock Whitney Bank and Lexmark Holdings LLC [D.I. 49; Filed 8/19/20].

    **Response Deadline:** September 2, 2020 at 4:00 p.m. (ET).

    **Related Documents:**

    A.  Notice of Hearing Regarding Defendants' Motion to Compel Production of Documents from Non-Parties Mark Tress, Hancock Whitney Bank and Lexmark Holdings LLC [D.I. 50; Filed 8/19/20].

    B.  Amended Notice of Hearing Regarding Defendants Motion to Compel Production of Documents from Non-Parties Mark Tress, Hancock Whitney Bank and Lexmark Holdings LLC [D.I. 55; Filed 8/31/20].

    C.  Second Amended Notice of Hearing Regarding Defendants Motion to Compel Production of Documents from Non-Parties Mark Tress, Hancock Whitney Bank and Lexmark Holdings LLC [D.I. 61; Filed 10/20/20].

    D.  Notice of Withdrawal of Defendants' Motion to Compel Production of Documents from Non-Parties Mark Tress, Hancock Whitney Bank and Lexmark Holdings LLC [D.I. 69; Filed 11/20/20].

    **Responses Received**:  None.

**Status:**  This matter has been resolved and the Defendants have filed a notice of withdrawal without prejudice to the motion.

3. Motion to Substitute Robert Michaelson of Advisory Trust Group, LLC, in His Capacity as the Liquidating Trustee of the Estate of Promise Healthcare Group, LLC, et al., Debtors and Debtors In Possession, as Plaintiff [D.I. 63; Filed 10/23/20].

   **Response Deadline:** N/A.

   **Related Documents:** None.

   **Responses Received**: None.

   **Status:**  As no responses have been received, the Plaintiffs intend to file a certificate of no objection for this matter.

| | |
|---|---|
| Dated: November 16, 2020<br>Wilmington, Delaware | DLA PIPER LLP (US)<br><br> /s/ *Stuart M. Brown*<br>Stuart M. Brown (#4050)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br>           matthew.sarna@us.dlapiper.com<br><br>-and-<br><br>WALLER LANSDEN DORTCH & DAVIS, LLP<br>John Tishler (admitted *pro hac vice*)<br>Katie G. Stenberg (admitted *pro hac vice*)<br>Blake D. Roth (admitted *pro hac vice*)<br>Tyler N. Layne (admitted *pro hac vice*)<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: (615) 244-6380<br>Facsimile: (615) 244-6804<br>Email: John.Tishler@wallerlaw.com<br>           Katie.Stenberg@wallerlaw.com<br>           Blake.Roth@wallerlaw.com<br>           Tyler.Layne@wallerlaw.com<br><br>*Attorneys for the Debtors and Debtors in Possession* |