# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                                                : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[3]  : Case No. 18-12491 (CSS)
:
          Debtors.                         : (Jointly Administered)
:
---------------------------------------------------------------x
:
PROMISE HEALTHCARE, INC., BOSSIER         :
LAND ACQUISITION CORP., PROMISE           :
HEALTHCARE OF LOUISIANA, INC., AND        :
PROMISE PROPERTIES OF SHREVEPORT,         :
LLC,                                                                  : ADV. NO. 19-50776 (CSS)
:
        Plaintiffs/Counter-Defendants       :
:
v.                                                                    :
:
KPC PROMISE HEALTHCARE, LLC and           :
STRATEGIC GLOBAL MANAGEMENT, INC.         :
:
        Defendants/Counter-Claimants        :
:  **Re DI Nos. 63 & 72**
---------------------------------------------------------------x

## ORDER GRANTING MOTION TO SUBSTITUTE

---

[3] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).  The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

Pursuant to this Court's authority under Federal Rule of Civil Procedure 25, made applicable in bankruptcy cases by Rule 7025 of the Federal Rules of Bankruptcy Procedure, and with the consent of the parties in this adversary proceeding, the Court enters the following order.

**IT IS HEREBY ORDERED** that:

1. The Motion to Substitute Robert Michaelson of Advisory Trust Group, LLC, in his capacity as the Liquidating Trustee of the Estate of Promise Healthcare Group, LLC, et al., debtors and debtors in possession, for Plaintiffs Promise Healthcare, Inc., Bossier Land Acquisition Corp., Promise Healthcare of Louisiana, Inc., and Promise Properties of Shreveport, LLC is **GRANTED.**

2. It is ordered that Robert Michaelson of Advisory Trust Group, LLC, in his capacity as the Liquidating Trustee of the Estate of Promise Healthcare Group, LLC, et al., debtors and debtors in possession, is substituted for Promise Healthcare, Inc., Bossier Land Acquisition Corp., Promise Healthcare of Louisiana, Inc., and Promise Properties of Shreveport, LLC, the style of the case is revised accordingly, and all prior pleadings or filed documents in this case reflecting "Promise Healthcare, Inc. et. al." shall be deemed to say "Robert Michaelson of Advisory Trust Group, LLC" instead.

Dated: November 17th, 2020
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE