# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] : Case No. 18-12491 (CSS)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x
:
ROBERT MICHAELSON OF ADVISORY :
TRUST GROUP, LLC, IN HIS CAPACITY AS :
LIQUIDATING TRUSTEE, :
:
Plaintiff/Counter-Defendant : ADV. NO. 19-50776 (CSS)
:
v. :
:
KPC PROMISE HEALTHCARE, LLC and :
STRATEGIC GLOBAL MANAGEMENT, INC. :
:
Defendants/Counter-Claimants :
:
---------------------------------------------------------------x

## NOTICE OF SERVICE

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

PLEASE TAKE NOTICE that on December 15, 2020, Plaintiff's Counsel caused copies of the following discovery requests to be served on Counsel to the Defendants:

1. Plaintiff Robert Michaelson of Advisory Trust Group, LLC's First Set of Interrogatories Directed to Defendant KPC Promise Healthcare, LLC;

2. Plaintiff Robert Michaelson of Advisory Trust Group, LLC's First Set of Interrogatories Directed to Defendant Strategic Global Management, Inc.;

3. Plaintiff Robert Michaelson of Advisory Trust Group, LLC's First Set of Document Requests Directed to Defendant KPC Promise Healthcare, LLC; and

4. Plaintiff Robert Michaelson of Advisory Trust Group, LLC's First Set of Document Requests Directed to Defendant Strategic Global Management, Inc.

Plaintiff's served the discovery requests via e-mail to the following individuals:

Thomas E. Hanson, Jr. (No. 4102)
Kevin G. Collins (No. 5149)
William Burton
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 300-3434
Facsimile: (302) 300-345
Email: thanson@btlaw.com
       kcollins@btlaw.com
       William.Burton@btlaw.com

Mary H. Rose (admitted *pro hac vice*)
Buchalter, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: mrose@buchalter.com

Dated: December 23, 2020
Wilmington, Delaware

DLA PIPER LLP (US)

 /s/ *Stuart M. Brown*
Stuart M. Brown (#4050)
Adam J. Pié (admitted *pro hac vice*)
Matthew S. Sarna (#6578)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
       Adam.Pie@dlapiper.com
       Matthew.Sarna@dlapipeer.com

-and-

WALLER LANSDEN DORTCH & DAVIS, LLP
John Tishler (admitted *pro hac vice*)
Jeremy Oliver (admitted *pro hac vice*)
Katie G. Stenberg (admitted *pro hac vice*)
Blake D. Roth (admitted *pro hac vice*)
Tyler N. Layne (admitted *pro hac vice*)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: John.Tishler@wallerlaw.com
　　　　Katie.Stenberg@wallerlaw.com
　　　　Blake.Roth@wallerlaw.com
　　　　Tyler.Layne@wallerlaw.com

*Attorneys for the Plaintiff*