# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*, | Case No. 18-12491 (CSS) |
|  | (Jointly Administered) |
| Debtors.[1] |  |
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, |  |
| Plaintiff, | Adv. No. 19-50776 (CSS) |
| v. |  |
| KPC PROMISE HEALTHCARE, LLC and STRATEGIC GLOBAL MANAGEMENT, INC. |  |
| Defendants. |  |

## AFFIDAVIT OF SERVICE

I, Rachel O'Connor, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on the Adversary Service List attached hereto as **Exhibit A**:

- Joint Stipulation for an Extension to the Deadline to Select a Mediator [Docket No. 85]

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, 50 California Street, Suite 1900, San Francisco, CA 94111.

Dated: January 14, 2021

                                                                    */s/ Rachel O'Connor*
                                                                      Rachel O'Connor

State of New York
County of New York

Subscribed and sworn to (or affirmed) to me on January 14, 2021, by Rachel O'Connor, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

## **Exhibit A**

## Exhibit A

Adversary Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| BARNES & THORNBURG LLP | Attn: Thomas E. Hanson, Jr. , Kevin G. Collins | thanson@btlaw.com; kevin.collins@btlaw.com |
| BUCHALTER, A Professional Corporation | Attn: Mary H. Rose, Paul S. Arrow | mrose@buchalter.com; parrow@buchalter.com |
| DLA Piper | Attn: Carolyn Fox, Adam Pie | carolyn.fox@dlapiper.com; adam.pie@dlapiper.com |
| LANDIS RATH & COBB LLP | Attn: Adam G. Landis, Kerri K. Mumford, Matthew R. Pierce | landis@lrclaw.com; mumford@lrclaw.com; pierce@lrclaw.com |