# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** ) | Bankruptcy Case No.: 18−12491−CSS |
| Promise Healthcare Group, LLC ) | Bankruptcy Chapter: 11 |
|    Debtor ) | |
| _____ ) | |
| Promise Healthcare, Inc. ) | |
| ) | |
|    Plaintiff ) | Adv. Proc. No.: 19−50776−CSS |
|    vs. ) | |
| KPC Promise Healthcare, LLC et al. ) | |
|    Defendant ) | |

### ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

   Pursuant to this Court's Local Rule 9019−5, Promise Healthcare, Inc. , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above−captioned adversary proceeding. Upon the foregoing, it is hereby

   **ORDERED** that this matter is scheduled for  trial. Date to be determined ; and it is further

   **ORDERED** that the above−captioned adversary proceeding is hereby assigned to mediation; and it is further

   **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further

   **ORDERED** that:

     (a) If the parties have stipulated to entry of this order, Kevin Gross , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,

     (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further

   **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further

   **ORDERED** that all deadlines as defined in the Scheduling Order entered 8/11/20 shall apply.

Date: 1/19/21

                                                        Christopher S. Sontchi
                                                        Bankruptcy Judge

(VAN−447)

United States Bankruptcy Court
District of Delaware

Promise Healthcare, Inc.,
    Plaintiff

Adv. Proc. No. 19-50776-CSS

KPC Promise Healthcare, LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: DMC | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: van447 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Adam J. Pie, DLA Piper LLP, The Marbury Bldg., 6225 Smith Avenue, Baltimore, MD 21209-3626 |
| pla | + | Bossier Land Acquisition Corp., 999 Yamato Road, Third Floor, Boca Raton, FL 33431-4476 |
| md | + | Kevin Gross, Richards, Layton and Finger, P.A., One Rodney Square, 920 North King St., Wilmington, DE 19801-3300 |
| pla | + | Promise Healthcare, Inc., 999 Yamato Road, 3rd FL, Boca Raton, FL 33431-4476 |
| pla | + | Promise Properties of Shreveport, LLC, 999 Yamato Road, Third Floor, Boca Raton, FL 33431-4476 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Bossier Land Acquisition Corp., 999 Yamato Road, Third Floor, Boca Raton, FL 33431-4476 |
| cd | *+ | Promise Healthcare, Inc., 999 Yamato Road, 3rd FL, Boca Raton, FL 33431-4476 |
| cd | *+ | Promise Properties of Shreveport, LLC, 999 Yamato Road, Third Floor, Boca Raton, FL 33431-4476 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Joseph Steele | on behalf of Other Prof. Prime Clerk LLC ecf@primeclerk.com |
| EScribers, LLC | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: DMC | Page 2 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: van447 | Total Noticed: 5 |

        operations@escribers.net

Jeremy A. Oliver
        on behalf of Plaintiff Promise Healthcare Inc. jeremy.oliver@wallerlaw.com, icenter3@wallerlaw.com

Kevin Gross
        on behalf of Mediator Kevin Gross gross@rlf.com  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Kevin G. Collins
        on behalf of Defendant Strategic Global Management Inc. kevin.collins@btlaw.com, pgroff@btlaw.com

Kevin G. Collins
        on behalf of Defendant KPC Promise Healthcare LLC kevin.collins@btlaw.com, pgroff@btlaw.com

Stuart M. Brown
        on behalf of Counter-Defendant Bossier Land Acquisition Corp. stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Interested Party Robert Michaelson stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Counter-Defendant Promise Healthcare of Louisiana Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Plaintiff Bossier Land Acquisition Corp. stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Counter-Defendant Promise Healthcare Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Plaintiff Promise Healthcare Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Counter-Defendant Promise Properties of Shreveport LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Interested Party Stuart M. Brown stuart.brown@dlapiper.com  stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Plaintiff Promise Healthcare of Louisiana Inc. stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Stuart M. Brown
        on behalf of Plaintiff Promise Properties of Shreveport LLC stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

Thomas E. Hanson, Jr.
        on behalf of Defendant Strategic Global Management Inc. thanson@btlaw.com

Thomas E. Hanson, Jr.
        on behalf of Defendant KPC Promise Healthcare LLC thanson@btlaw.com

TOTAL: 18