### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PROMISE HEALTHCARE GROUP, LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-12491 (CTG) <br><br> (Jointly Administered) |
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, IN HIS CAPACITY AS LIQUIDATING TRUSTEE, <br><br> Plaintiff/Counter-Defendant. <br><br> v. <br><br> KPC PROMISE HEALTHCARE, LLC and STRATEGIC GLOBAL MANAGEMENT, INC., <br><br> Defendants/Counter-Claimants. | Adv. Proc. No. 19-50776 (CTG) |

### STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, Robert Michaelson of Advisory Trust Group, LLC, in his capacity as Liquidating Trustee and plaintiff/counter-defendant, on the one hand, and KPC Promise Healthcare, LLC and Strategic Global Management, Inc. as defendants/counter-claimants, on the other hand, hereby stipulate and agree to the dismissal, with prejudice, of the Adversary Proceeding in its entirety, with all fees and costs to be borne by the party that incurred them.

Dated: October 7, 2021

| | |
|---|---|
| DLA PIPER LLP (US) | BARNES & THORNBURG LLP |
| */s/ Stuart M. Brown* | */s/ Kevin G. Collins* |
| Stuart M. Brown (No. 4050) | Thomas E. Hanson, Jr. (No. 4102) |
| Matthew S. Sarna (No. 6578) | Kevin G. Collins (No. 5149) |
| 1201 N. Market Street, Suite 2100 | 1000 N. West Street, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 468-5700 | Telephone: (302) 300-3434 |
| Facsimile: (302) 394-2341 | Facsimile: (302) 300-3456 |
| Email: Stuart.Brown@dlapiper.com | Email: thanson@btlaw.com |
|       Matthew.Sarna@dlapiper.com |       kcollins@btlaw.com |
| -and- | -and- |
| WALLER LANSDEN DORTCH & DAVIS, LLP | BUCHALTER, A Professional Corporation |
| John Tishler (admitted pro hac vice) | Mary H. Rose (admitted pro hac vice) |
| Katie G. Stenberg (admitted pro hac vice) | 1000 Wilshire Boulevard, Suite 1500 |
| Blake D. Roth (admitted pro hac vice) | Los Angeles, California 90017 |
| Tyler N. Layne (admitted pro hac vice) | Telephone: (213) 891-0700 |
| Jeremy A. Oliver (admitted pro hac vice) | Facsimile: (213) 896-0400 |
| 511 Union Street, Suite 2700 | Email: mrose@buchalter.com |
| Nashville, TN 37219 | |
| Telephone: (615) 244-6380 | *Attorneys for Defendants/Counter-Claimants* |
| Facsimile: (615) 244-6804 | |
| Email: John.Tishler@wallerlaw.com | |
|       Katie.Stenberg@wallerlaw.com | |
|       Blake.Roth@wallerlaw.com | |
|       Tyler.Layne@wallerlaw.com | |
|       Jeremy.Oliver@wallerlaw.com | |
| *Attorneys for Plaintiff/Counter-Defendant* | |